# 22CRB01578Y STATE OF OHIO vs. ORTIZ, HERIBERTO GIERBOLINI YPD

Case Type:
MISDEMEANOR
Case Status:
CLOSED
File Date:
12/05/2022
DCM Track:

Action:
OBSTRUCTING OFFICIAL BUSINESS
Status Date:
12/09/2022
Case Judge:
DISALVO, RENEE M
Next Event:

All Information | Party | Charge | Ticket/Citation # | Event | Docket | Receipt | Disposition

## Docket Information

| Date | Description | Docket Text | Amount Owed |
|------|-------------|-------------|-------------|
| 12/05/2022 | COMPLAINT OR TICKET FILED | COMPLAINT OR TICKET FILED<br>CT #1 2921.31A OBSTRUCTING OFFICIAL BUSINESS  M2<br>CT #2 2921.33A  RESISTING ARREST  M2<br>CT #3 2903.22A  MENACING  M4 | |
| 12/09/2022 | HEARING SCHEDULED | HEARING SCHEDULED<br>Event: VIDEO ARRAIGNMENT<br>Date: 12/09/2022   Time: 10:30 am<br>Judge: JUDGE, ADMINISTRATIVE    Location: ARRAIGNMENT COURTROOM<br><br>Result: SET FOR PRE-TRIAL | |
| 12/09/2022 | HEARING SCHEDULED | HEARING SCHEDULED<br>Event: PRE-TRIAL M1-M2<br>Date: 12/30/2022   Time: 10:00 am<br>Judge: DISALVO, RENEE M    Location:<br><br>Result: RESET | |
| 12/09/2022 | MISDEMEANOR ARRAIGNMENT | MISDEMEANOR ARRAIGNMENT<br><br>JE:  Defendant advised of the nature of the charge(s) and the potential penalties.<br>Defendant enteres a NOT GUILTY plea. Case events to be scheduled by assignment office.<br><br>CAPIAS WITHDRAWN _____<br><br>FEE TO BE PAID BY _____<br><br><<  OWN COUNSEL     | COUNSEL DENIED            | X  COURT TO APPOINT COUNSEL<br><<  UNCLASSIFIED     | MINOR MISDEMEANOR     |<br>TIME WAIVER  { NO )<br>CHARGE 1: [ OOB M2] -  BOND: $1000.00 C/S<br>CHARGE 2: [ RESISTING ARREST M2} -  BOND: $1000.00 C/S<br>CHARGE 3: { CHARGE ) -  BOND:<br>CHARGE 4: [ CHARGE ] -  BOND:<br>ADDITIONAL CONDITION:<br>NO CONTACT WITH: DEBORAH RIOS-406 W CHALMERS<br>ATTY:<br>( 12/09/22)  ( JUDGE DISALVO)<br>PRETRIAL : 12/30/22 10AM-JUDGE DISALVO<br>TRIAL   :<br>ASSIGNMENT OFFICER: | |
| 12/09/2022 | ARREST BOND | ARREST BOND | $0.00 |

| Date | Description | Docket Text | Amount Owed |
|------|-------------|-------------|-------------|
| | | Arrest Bond Added to Case with:<br>Action Code: OBSTRUCTING OFFICIAL BUSINESS<br>Arrest Date: 12/09/2022<br>Bond Status: ACTIVE<br>Status Date: 12/09/2022<br>Blanket Bond: No<br>Okay to Apply: No<br>Bond Type: CASH OR SURETY BOND<br>Bond Amount: 1000 | |
| 12/09/2022 | ARREST BOND | ARREST BOND | $0.00 |
| | | Arrest Bond Added to Case with:<br>Action Code: RESISTING ARREST<br>Arrest Date: 12/09/2022<br>Bond Status: ACTIVE<br>Status Date: 12/09/2022<br>Blanket Bond: No<br>Okay to Apply: No<br>Bond Type: CASH OR SURETY BOND<br>Bond Amount: 1000 | |
| 12/09/2022 | ARREST BOND | ARREST BOND | $0.00 |
| | | Arrest Bond Added to Case with:<br>Action Code: MENACING<br>Arrest Date: 12/09/2022<br>Bond Status: ACTIVE<br>Status Date: 12/09/2022<br>Blanket Bond: No<br>Okay to Apply: No<br>Bond Type: OWN RECOGNIZANCE BOND | |
| 12/12/2022 | 10% BOND - MISDEMEANOR | 10% BOND - MISDEMEANOR  Receipt: 158126  Date: 02/10/2023 | $25.00 |
| 12/12/2022 | ARREST BOND | ARREST BOND | $0.00 |
| | | Arrest Bond Added to Case with:<br>Action Code: OBSTRUCTING OFFICIAL BUSINESS<br>Arrest Date: 12/03/2022<br>Custody Location: MAHONING COUNTY JAIL<br>Bond Status: POSTED<br>Status Date: 12/12/2022<br>Blanket Bond: No<br>Okay to Apply: No<br>Bond Type: CASH OR SURETY BOND<br>Bond Amount: 1000<br>Bond/Pwr No.: U5-21456689<br>Bonding Co.: ACE BONDING COMPANY<br>Surety Agent: FLANIGAN, JASON<br>Insurance Co.: UNITED STATES FIRE INSURANCE COMPANY | |
| 12/12/2022 | ARREST BOND | ARREST BOND | $0.00 |
| | | Arrest Bond Added to Case with:<br>Action Code: RESISTING ARREST<br>Arrest Date: 12/03/2022<br>Custody Location: MAHONING COUNTY JAIL<br>Bond Status: POSTED<br>Status Date: 12/12/2022<br>Blanket Bond: No<br>Okay to Apply: No<br>Bond Type: CASH, SURETY OR PROPERTY<br>Bond Amount: 1000<br>Bond/Pwr No.: U5-21456689<br>Bonding Co.: ACE BONDING COMPANY<br>Surety Agent: FLANIGAN, JASON<br>Insurance Co.: UNITED STATES FIRE INSURANCE COMPANY | |
| 12/12/2022 | TEXT DOCKET ENTRY: | COURT APPOINTS ATTY JAMES DUNN | |
| 12/13/2022 | TEXT DOCKET ENTRY: | NOTICE AND WARNING | |
| 12/28/2022 | TEXT DOCKET ENTRY: | NOTICE OF APPEARANCE | |
| | | Attorney: BETRAS, DAVID J (0030575) | |
| 12/28/2022 | TEXT DOCKET ENTRY: | MOTION TO CONTINUE | |
| | | Attorney: BETRAS, DAVID J (0030575) | |

| Date | Description | Docket Text | Amount Owed |
|---|---|---|---|
| 12/30/2022 | HEARING SCHEDULED | HEARING SCHEDULED<br>Event: PRE-TRIAL M1-M2<br>Date: 02/15/2023   Time: 10:15 am<br>Judge: DISALVO, RENEE M   Location:<br><br>Result: RESET | |
| 01/03/2023 | TEXT DOCKET ENTRY: | JUDGMENT ENTRY: FOR GOOD CAUSE SHOWN, THE MOTION TO COINTINE IN THE ABOVE CAPTIONED MATTER IS HEREBY GRANTED AND RESET TO 02/15/23 10:15AM.<br>X JUDGE DISALVO | |
| 01/09/2023 | SUBPOENA WITNESSED/SEALED BY CLERK TO ISSUE ON: TO FOLLOWING PERSON(S): | SUBPOENA WITNESSED/SEALED BY CLERK TO ISSUE ON: 1-9-23 TO FOLLOWING PERSON(S):<br>DET SGT G ANDERSON - YPD<br>DEBORAH RIOS | |
| 02/01/2023 | TEXT DOCKET ENTRY: | REQUEST FOR EVIDENCE NOTICE<br>Attorney: BETRAS, DAVID J (0030575) | |
| 02/01/2023 | TEXT DOCKET ENTRY: | MOTION FOR BILL OF PARTICULARS<br>Attorney: BETRAS, DAVID J (0030575) | |
| 02/01/2023 | TEXT DOCKET ENTRY: | REQUEST FOR DISCOVERY<br>Attorney: BETRAS, DAVID J (0030575) | |
| 02/07/2023 | GOOD SERVICE ON SUBPOENA (APPEARANCE DATE: ) ISSUED TO: | GOOD SERVICE ON SUBPOENA (APPEARANCE DATE: 2-15-23 )<br>ISSUED TO:  DEBORAH RIOS | |
| 02/15/2023 | HEARING SCHEDULED | HEARING SCHEDULED<br>Event: PRE-TRIAL M1-M2<br>Date: 03/23/2023   Time: 10:00 am<br>Judge: DISALVO, RENEE M   Location:<br><br>Result: HEARING RESCHEDULED | |
| 02/15/2023 | RESET | X  Case is hereby reset for 2nd pretrial at < PROSECUTORS AND DEFENDANTS > request to < 03/23/23 10AM> NEED INTERPRETER<br><br>TIME WAIVER / STIPULATION<br><br>Defendant hereby waives all statutory time limits for trial of this cause.<br>X<br>Defendant hereby waives all statutory time limits for preliminary hearing.<br>TRIAL OF THIS CAUSE<br>.<br><br>IT IS SO ORDERED:<br>X< JUDGE FUHRY ><br>< 02/15/23> | |
| 02/21/2023 | SUBPOENA WITNESSED/SEALED BY CLERK TO ISSUE ON: TO FOLLOWING PERSON(S): | SUBPOENA WITNESSED/SEALED BY CLERK TO ISSUE ON: 2-17-23 TO FOLLOWING PERSON(S):<br>DET SGT  G ANDERSON - YPD<br>DEBORAH RIOS | |
| 03/07/2023 | HEARING SCHEDULED | HEARING SCHEDULED<br>Event: PRE-TRIAL M1-M2<br>Date: 04/06/2023   Time: 10:45 am<br>Judge: DISALVO, RENEE M   Location:<br><br>Result: SET FOR TRIAL | |
| 03/08/2023 | TEXT DOCKET ENTRY: | JOURNAL ENTRY: STATE MOVES TO REQUEST SPANISH INTERPRETER FOR VICTIM/WITNESS, DEBORAH RIOS, FOR CAUSE VICTIM/WITNESS DEIS NOT SPEAK ENGLISH AND WILL NEED AN INTERPRETER IN ORDER TO TESTIFY.<br>02/16/23 X JUDGE FUHRY | |
| 03/08/2023 | TEXT DOCKET ENTRY: | JOURNAL ENTRY: THIS CASE IS HEREBY RESET TO 04/06/23 AT 10:45AM TO ALLOW FOR A SPANISH INTERPRETER TO BE PRESENT FOR VICTIM [DEBORAH RIOS].<br>X JUDGE DISALVO | |
| 03/08/2023 | TEXT DOCKET ENTRY: | INTERPRETER CONFIRMATION FOR 04/06/23 10:45AM. | |
| 03/08/2023 | TEXT DOCKET ENTRY: | RESET NOTIFICATION TO COUNSEL AND PROSECUTOR | |
| 03/09/2023 | GOOD SERVICE ON SUBPOENA (APPEARANCE DATE: ) ISSUED TO: | GOOD SERVICE ON SUBPOENA (APPEARANCE DATE: 3-23-23 )<br>ISSUED TO:  DEBORAH RIOS | |

| Date | Description | Docket Text | Amount Owed |
|------|-------------|-------------|-------------|
| 03/28/2023 | SUBPOENA WITNESSED/SEALED BY CLERK TO ISSUE ON: TO FOLLOWING PERSON(S): | SUBPOENA WITNESSED/SEALED BY CLERK TO ISSUE ON: 3-27-23 TO FOLLOWING PERSON(S): DET SGT G ANDERSON- YPD DEBORAH RIOS | |
| 04/03/2023 | GOOD SERVICE ON SUBPOENA (APPEARANCE DATE: ) ISSUED TO: | GOOD SERVICE ON SUBPOENA (APPEARANCE DATE: 4-5-23 ) ISSUED TO: DEBORAH RIOS | |
| 04/06/2023 | RESET | X Case is hereby reset for trial at < PROSECUTORS AND DEFENDANTS > request to < 05/10/23 9AM> <br><br> IT IS SO ORDERED: X< JUDGE DISALVO> < 04/06/23> | |
| 04/13/2023 | SUBPOENA WITNESSED/SEALED BY CLERK TO ISSUE ON: TO FOLLOWING PERSON(S): | SUBPOENA WITNESSED/SEALED BY CLERK TO ISSUE ON: 4-13-23 TO FOLLOWING PERSON(S): DET SGT G ANDERSON - YPD OFFICER SRBINOVICH - YPD OFFICER THOMAS - YPD DEBORAH RIOS | |
| 04/14/2023 | HEARING SCHEDULED | HEARING SCHEDULED Event: TRIAL M1-M2 Date: 05/10/2023 Time: 9:00 am Judge: DISALVO, RENEE M Location: <br><br> Result: MOTION TO CONTINUE | |
| 04/18/2023 | GOOD SERVICE ON SUBPOENA (APPEARANCE DATE: ) ISSUED TO: | GOOD SERVICE ON SUBPOENA (APPEARANCE DATE: 5-10-23 ) ISSUED TO: OFFICER THOMAS - YPD | |
| 04/18/2023 | GOOD SERVICE ON SUBPOENA (APPEARANCE DATE: ) ISSUED TO: | GOOD SERVICE ON SUBPOENA (APPEARANCE DATE: 5-10-23 ) ISSUED TO: OFFICER SRBINOVICH - YPD | |
| 05/05/2023 | TEXT DOCKET ENTRY: | MOTION TO CONTINUE Attorney: BETRAS, DAVID J (0030575) | |
| 05/09/2023 | HEARING SCHEDULED | HEARING SCHEDULED Event: TRIAL M1-M2 Date: 06/01/2023 Time: 9:30 am Judge: DISALVO, RENEE M Location: <br><br> Result: DISMISSED | |
| 05/10/2023 | NO SERVICE ON SUBPOENA (APPEARANCE DATE: ) ISSUED TO: | NO SERVICE ON SUBPOENA (APPEARANCE DATE: 5-10-23 ) ISSUED TO: DEBORAH RIOS | |
| 05/10/2023 | JUDGMENT ENTRY | JUDGMENT ENTRY <br><br> FOR GOOD CAUSE SHOWN, THE MOTION TO CONTINUE IN THE ABOVE CAPTIONED MATTER IS HEREBY GRANTED AND RESET TO 6-1, 2023 AT 9:30 <br><br> JUDGE RENEE M DISALVO | |
| 05/10/2023 | TEXT DOCKET ENTRY: | INTERPRETER CONFIRMATION | |
| 05/10/2023 | TEXT DOCKET ENTRY: | RESET NOTIFICATION TO COUNSEL & PROSECUTOR | |
| 05/18/2023 | SUBPOENA WITNESSED/SEALED BY CLERK TO ISSUE ON: TO FOLLOWING PERSON(S): | SUBPOENA WITNESSED/SEALED BY CLERK TO ISSUE ON: 5-18-23 TO FOLLOWING PERSON(S): DET SGT G ANDERSON - YPD DEBORAH RIOS | |
| 06/01/2023 | NO SERVICE ON SUBPOENA (APPEARANCE DATE: ) ISSUED TO: | NO SERVICE ON SUBPOENA (APPEARANCE DATE: 6-1-23 ) ISSUED TO: DEBORAH RIOS | |
| 06/01/2023 | TEXT DOCKET ENTRY: | MATTER SET FOR TRIAL. STATE UNABLE TO GO FORWARD FOR FAILURE TO SUBPOENA WITNESS AND/OR CONTACT WITNESS. MATTER DISMISSED WITHOUT PREJUDICE. STATE TO INFORM ATTY BETRAS IF CHARGES ARE REFILED. JUDGE DISALVO | |

HERIBERTO ORTIZ

Defendant/Case No.: 22 CRB 1578

Attorney _____

## DISCOVERY RECEIPT
### Crim. R. 16(A), (B)(1)-(7), (I)

Counsel for the Defendant made a written demand for discovery and inspection in the above case number(s) in accordance with Crim. R. 16(M).

In response, the State of Ohio has provided initial disclosure of the following material:

( ) Statements of the defendant or co-defendant: _____

_____

( ) Defendant's prior criminal record. (Available for inspection only).

( ) Documents: COMPLAINTS (3), YPD REPORT WITH NARRATIVE, WITNESS LIST

( ) Tangible objects: _____

_____

( ) Witnesses List: _____

_____

( ) Other material: _____

_____

Counsel for the Defendant hereby acknowledges receipt of the above listed information personally or by his or her agent.

_____          _____
PREPARED BY                       DATE  12/19/22


_____          _____
DEFENSE COUNSEL                   DATE

Rev. 1/17

| City of Youngstown, State of Ohio | Case No. 22 CR |
|---|---|
| v. | Docket No. _____ Page No. _____ |
| **Heriberto Gierbonlini Ortiz**<br>**501 W. Glenaven Ave.**<br>**Youngstown, Ohio** | Complaint<br>Rule 4 |

I, the Affiant named below, after being sworn, state under oath that on or about **December 3, 2022** in Youngstown, Ohio, Defendant committed the offense of **Menacing** in violation of ORC 2903.22A by **knowingly causing another to believe that the offender will cause physical harm to the person or property of the other person** TO WIT: Having reviewed the reports and evidence in this matter, I have attached hereto and incorporated by reference an official record: Youngstown Police Department report of Incident number 22Y055467 which states the essential facts constituting the offense.
Det. Sgt. G. Anderson – YPD Incident # 22Y055467
Menacing – M4– ORC 2903.22A

Affiant: Det. Sgt. G. Anderson

Clerk/Deputy Clerk
Sworn to and subscribed before me this date _____.

_____ PROSECUTOR / ASSISTANT PROSECUTOR having reviewed the complaint, the Prosecutor/Assistant Prosecutor hereby requests that an independent review of probable cause be made and if probable cause is found please **( X )** defendant was arrested without warrant, serve complaint, **( )** issue an arrest warrant or **( )** issue a summons in lieu of an arrest warrant. If service of summons fails, please issue an arrest warrant.

## Probable Cause Determination

( ) Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Youngstown Ohio, the Defendant committed the offense of _____.

( ) Arrest warrant shall issue
( ) Summons shall issue
( ) Defendant arrested without warrant. Complaint shall be served upon defendant.

( ) A warrantless arrest affidavit was reviewed by the court and probable cause was found. Complaint shall be served upon defendant.

( ) No probable cause found.

Judge/Magistrate/ Clerk_____

Date_____

| City of Youngstown, State of Ohio | Case No.22 CR |
|---|---|
| v. | Docket No. _____ Page No. _____ |
| **Heriberto Gierbolini Ortiz**<br>**501 W. Glenaven Ave.**<br>**Youngstown, Ohio** | Complaint<br>Rule 4 |

I, the Affiant named below, after being sworn, state under oath that on or about December 3, 2022 in Youngstown, Ohio, Defendant committed the offense of **obstructing official business in violation of ORC 2921.31A by doing an act that hampered or impeded a public official in the performance of the public official's lawful duties with the purpose to do so** TO WIT: Having reviewed the reports and evidence in this matter, I have attached hereto and incorporated by reference an official record: Youngstown Police Department report of Incident number 22Y055467 which states the essential facts constituting the offense

Det. Sgt. G. Anderson - YPD Incident # 22Y055467
Obstructing Official Business – M2 – ORC 2921.31A

---

Affiant:  Det. Sgt. G. Anderson

Clerk/Deputy Clerk
Sworn to and subscribed before me this date _____.

---

_____ PROSECUTOR / ASSISTANT PROSECUTOR having reviewed the complaint, the Prosecutor/Assistant Prosecutor hereby requests that an independent review of probable cause be made and if probable cause is found please: ( X ) defendant was arrested without warrant, serve complaint, (   ) issue an arrest warrant or (   ) issue a summons in lieu of an arrest warrant. If service of summons fails, please issue an arrest warrant.

## Probable Cause Determination

(   ) Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Youngstown Ohio, the Defendant committed the offense of _____.

        (   ) Arrest warrant shall issue
        (   ) Summons shall issue
        (   ) Defendant arrested without warrant.  Complaint shall be served upon defendant.

(   ) A warrantless arrest affidavit was reviewed by the court and probable cause was found.  Complaint shall be served upon defendant.

(   ) No probable cause found.

Judge/Magistrate/ Clerk_____

Date_____

| | |
|---|---|
| City of Youngstown, State of Ohio | Case No.22 CR |
| v. | Docket No. _____ Page No. _____ |
| **Heriberto Gierbolini Ortiz**<br>**501 W. Glenaven Ave.**<br>**Youngstown, Ohio** | Complaint<br>Rule 4 |

I, the Affiant named below, after being sworn, state under oath that on or about **December 3, 2022** in Youngstown, Ohio, Defendant committed the offense of **resisting arrest in violation of ORC 2921.33A by recklessly or by force, resisted or interfered with a lawful arrest of himself or another.** TO WIT: Having reviewed the reports and evidence in this matter, I have attached hereto and incorporated by reference an official record: Youngstown Police Department report of Incident number 22Y055467 which states the essential facts constituting the offense.

Det. Sgt. G. Anderson- YPD Incident # 22Y055467
Resisting Arrest – M2 – ORC 2921.33A

Affiant: **Det. Sgt. G. Anderson**

Clerk/Deputy Clerk
Sworn to and subscribed before me this date _____.

_____ PROSECUTOR / ASSISTANT PROSECUTOR having reviewed the complaint, the Prosecutor/Assistant Prosecutor hereby requests that an independent review of probable cause be made and if probable cause is found please: **( x )** defendant was arrested without warrant, serve complaint, **(   )** issue an arrest warrant or **(   )** issue a summons in lieu of an arrest warrant. If service of summons fails, please issue an arrest warrant.

## Probable Cause Determination

(   ) Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Youngstown Ohio, the Defendant committed the offense of _____.

(   ) Arrest warrant shall issue
(   ) Summons shall issue
(   ) Defendant arrested without warrant. Complaint shall be served upon defendant.

(   ) A warrantless arrest affidavit was reviewed by the court and probable cause was found. Complaint shall be served upon defendant.

(   ) No probable cause found.

Judge/Magistrate/ Clerk_____

Date_____



# Youngstown Police Department

Officer Report for Incident 22Y055467

| | |
|---|---|
| **Nature:** Escort Call | **Address:** 406 W CHALMERS AVE |
| **Location:** 203 | Youngstown OH 44511 |

**Received By:** Wynn, Monica    **How Received:** T    **Agency:** YPD

**Responding Officers:** Srbinovich, Tyl, Thomas, Ivan, Kis, Travis, Wharry, Alex, Redfern, Cha, Menichini, Nick, Fiedler, Megan

**Responsible Officer:** Srbinovich, Tyl    **Disposition:** 111 12/03/22

**When Reported:** 13:32:26 12/03/22    **Occurred Between:** 13:30:00 12/03/22 and 15:06:39 12/03/22

**Assigned To:**    **Detail:**    **Date Assigned:** \*\*/\*\*/\*\*

**Status:**    **Status Date:** \*\*/\*\*/\*\*    **Due Date:** \*\*/\*\*/\*\*

**Complainant:**

| | | |
|---|---|---|
| **Last:** | **First:** | **Mid:** |
| **DOB:** \*\*/\*\*/\*\* - 0 | **Dr Lic:** | **State ID:** |
| **Race:**    **Sex:** | **Phone:** | **Address:** |
| | | **City:** , |

## Offense Codes

**Reported:**             **Observed:**

**Additional Statutes:** 2921.31 - Obstructing Official Business

**Additional Statutes:** 2903.22 - Menacing

**Additional Statutes:** 2921.33 - Resisting Arrest

**Additional Statutes:** 2921.29 - Failure to Disclose Personal Information

## Circumstances

| Responding Officers: | Unit : |
|---|---|
| Srbinovich, Tyl | y109b |
| Thomas, Ivan | y1205 |
| Kis, Travis | y201b |
| Wharry, Alex | y206b |
| Redfern, Cha | y206b |
| Menichini, Nick | y101b |
| Fiedler, Megan | y103b |

| | | | |
|---|---|---|---|
| **Responsible Officer:** | Srbinovich, Tyl | **Agency:** | Youngstown Police Department |
| **Received By:** | Wynn, Monica | **Last Radio Log:** | 21:01:03 12/03/22 CMPLT |
| **How Received:** | T Telephone | **Clearance:** | RPT Report |
| **When Reported:** | 13:32:26 12/03/22 | **Disposition:** | 111 **Date:** 12/03/22 |
| **Judicial Status:** | YES | **Occurred between:** | 13:30:00 12/03/22 |
| **Misc Entry:** | | **and:** | 15:06:39 12/03/22 |

| Modus Operandi: | Description : | Method : |
|---|---|---|
| 01 Referred To | Referred To Division/Agency | Y Detectives |

## Involvements

| Date | Type | Description | Relationship |
|---|---|---|---|
| 12/03/22 | Name | ORTIZ, HERIBERTO GIERBOLINI | Offender |
| 12/03/22 | Name | RIOS, DEBORAH MARTINEZ | Victim |
| 12/03/22 | Offense | Offense#: 27677 - F5 - 1 count | Charged With |
| 12/03/22 | Offense | Offense#: 27678 - M1 - 1 count | Charged With |
| 12/03/22 | Offense | Offense#: 27679 - M1 - 1 count | Charged With |
| 12/03/22 | Offense | Offense#: 27680 - M1 - 1 count | Charged With |

## Narrative

I officer T. Srbinovich was dispatched to 116 W Boardman (Police Station) in reference to an escort. Upon arrival I spoke with Deborah Rios (victim) who advised that she had been staying at 406 W Chalmers for approx. 3 weeks and the locks were changed, locking her out of the house without any notice. While on station I called to make contact with the other party. Upon calling, Heriberto ORTIZ (offender) answered and was instantly hostile not wanting to hear my explanation. I asked ORTIZ to then meet me at the address of 406 W Chalmers were Rios and officer I. Thomas met me.

Upon meeting with ORTIZ at this location he was extremely argumentative and not following orders. ORTIZ eventually unlocked the door allowing officers inside. It was explained to ORTIZ many times that Rios has established residence here and has to be legally evicted. There was also mail found in the mail box with Deborah Rios's name on it. ORTIZ continued to argue with officers in reference to Rios being allowed into the residence. ORTIZ then stated to officers that "he lives here to and will be staying with her". ORTIZ was unable to provided anything that showed he lived at this address, in fact told officers that he lives at another house and just works on the one at this address. At this time ORTIZ was advised that he will not be staying here with Rios and that she in fact is allowed to come in. ORTIZ then began rubbing his head/pulling his hair, pacing around talking to himself leading to officers requesting Sgt. Kis to the scene. While waiting for our supervisor to arrive on scene, ORTIZ looked at officers and said "you're going to have to shoot me" then stated "you're going to have to kill me to get me to leave". Due to his actions and making those remarks, I asked ORTIZ if he had any weapons of any sort that we needed to know about. At this time ORTIZ tossed a pocket knife onto the couch from his front right pocket. Due to his actions, statements, and having a knife, I advised ORTIZ that we were going to do a pat down to ensure there was no other weapons in the area for both his and officers safety. At this time ORTIZ continued to refuse officers orders and said he was not going to turn around. While officers attempted to complete a frisk for weapons, ORTIZ said "do you guys want to fight" and attempted to strike officer Thomas with his right knee. At this time ORTIZ continued to fight with officers where he was taken to the ground and placed into handcuffs (gaped and double locked) to prevent further incident. While walking ORTIZ to officers cruiser, he advised Rios that "I wouldn't stay here if I were you guys".

( It should be noted that during the incident with ORTIZ he refused to identify himself to officers on scene, officers at MCSO jail when transported, as well as the nurses at St. E's where he was treated for High Blood Sugar. ) When trying to identify ORTIZ he stated that he does not know his name, social, or birthday. Through further investigation, Sgt. Menichini was able to obtain the name of Erika Ortiz through our database which happened to be his daughter. Erika then meet with Sgt. Menichini at MCSO were she provided that ID of her father being Heriberto ORTIZ (offender).

ORTIZ was transported to MCSO in YPD Marked Car 105 under the charges of Menacing, violation of ORC 2903.22, Resisting arrest, violation of ORC 2921.33, Failure to Identify, violation of ORC 2921.29, and Obstructing Official Business, violation of ORC 2921.31. Upon arrival at MCSO, ORTIZ was refused due to high blood sugar where he remains being treated at St. E's. Rios was provided with an incident report receipt.

## Supplement

Assigned To G. Anderson

## Sentryx Booking Information:

**Sentryx Booking Number:** 17643

**Name Number:** 38556

**Name:** ORTIZ, HERIBERTO GIERBOLINI
**Phone:**
**DOB:** 02/27/64 - 58
**Booking Date:** 12/03/22

**Address:** 501 W GLENAVEN AVE
Youngstown, OH 44511
**Dr Lic:** UR742617

### Sentryx Arrest # 8293

**Time/Date:** 13:32:26 12/03/22
**Age at Arrest:** 58

**Agency:** YPD
**Location:** 406 W CHALMERS AVE
**Area:** 203
**ITN:**

**Officer:** Srbinovich, Tyl

**Arrest Type:** 2
**Disposition:**

**Reference:**

### Sentryx Offense # 27677

**Statute:** 2921.31 Obstructing Official Business
**Offense:** 90Z All Other Offenses
**Offense Reference:**
**Related Incident:** 22Y055467
**Offense Time/Date:** 13:32:26 12/03/22

**NCIC:**

**Crime Class:** F5
**Offense Type:** S State Statute
**Law Jurisdiction:** OH Ohio
**Offense Location:**

**Offense Area:** 203

### Sentryx Offense # 27678

**Statute:** 2903.22 Menacing
**Offense:** 13A Aggravated Assault
**Offense Reference:**
**Related Incident:** 22Y055467
**Offense Time/Date:** 13:32:26 12/03/22

**NCIC:**

**Crime Class:** M1
**Offense Type:** S State Statute
**Law Jurisdiction:** OH Ohio
**Offense Location:**

**Offense Area:** 203

### Sentryx Offense # 27679

**Statute:** 2921.33 Resisting Arrest
**Offense:** 000 Local or Municipal Code
**Offense Reference:**
**Related Incident:** 22Y055467

**NCIC:**

**Crime Class:** M1
**Offense Type:** S State Statute
**Law Jurisdiction:** OH Ohio

**Offense Area:** 203

| | | |
|---|---|---|
| **Offen se Time/ Date:** 13:32:26 12/03/22 | **Offense Location:** | |

## Sentryx Offense # 27680

| | | | | | |
|---|---|---|---|---|---|
| **Statute:** | 2921.29 Failure to Disclose Personal Information | **NCIC:** | | | |
| **Offense:** | 90Z All Other Offenses | **Crime Class:** | M1 | | |
| **Offense Reference:** | | **Offense Type:** | S State Statute | **Offense Area:** | 203 |
| **Related Incident:** | 22Y055467 | **Law Jurisdiction:** | OH Ohio | | |
| **Offen se Time/ Date:** | 13:32:26 12/03/22 | **Offense Location:** | | | |

# Name Involvements:

| | | |
|---|---|---|
| **Victim :** 112801 | | |
| **Last:** RIOS | **First:** DEBORAH | **Mid:** MARTINEZ |
| **DOB:** 04/30/90 - 32 | **Dr Lic:** VN848120 | **State ID:** |
| **Race:** L    **Sex:** F | **Phone:** (939)258-0659 | **Address:** 315 COHASSET DR |
| **SSN:** 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 | **Work Phone:** | **City:** Youngstown, OH 44511 1661 |
| **Height:** 4'11" | **Eyes:** BRO | **Hair:** BLK |
| **Weight:** 144 | **Glasses:** N | **Beard:** |
| **Build:** | **Teeth:** | **Ethnicity:** |
| **Complexion:** | **Hairstyle:** | |

| | | |
|---|---|---|
| **Offender :** 38556 | | |
| **Last:** ORTIZ | **First:** HERIBERTO | **Mid:** GIERBOLINI |
| **DOB:** 02/27/64 - 58 | **Dr Lic:** UR742617 | **State ID:** |
| **Race:** L    **Sex:** M | **Phone:** | **Address:** 501 W GLENAVEN AVE |
| **SSN:** 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 | **Work Phone:** | **City:** Youngstown, OH 44511 |
| **Height:** 5'06" | **Eyes:** BRO | **Hair:** BRO |
| **Weight:** 160 | **Glasses:** | **Beard:** |
| **Build:** | **Teeth:** | **Ethnicity:** UNK |
| **Complexion:** | **Hairstyle:** | |

# WITNESS LIST

CASE NUMBER: __11105591.7__

DEFENDANT: _____

DETECTIVE/INVESTIGATOR: ___Dis. Anderson___

TEST FIRE/NARCO TEST OFFICER: _____

Witness Name: _Deborah Rus_

Address: _315 Oakwood Dr_

City,State,Zip: _____

Phone: _929-358-0659_

Witness Name: _____

Address: _____

City,State,Zip: _____

Phone: _____

Witness Name: _____

Address: _____

City,State,Zip: _____

Phone: _____

Witness Name: _____

Address: _____

City,State,Zip: _____

Phone: _____

Witness Name: _____

Address: _____

City,State,Zip: _____

Phone: _____

Witness Name: _____

Address: _____

City,State,Zip: _____

Phone: _____

Witness Name: _____

Address: _____

City,State,Zip: _____

Phone: _____

Witness Name: _____

Address: _____

City,State,Zip: _____

Phone: _____

Officers: _T. Sibrough - I. Thomas - T. K._

Mrs.Debora Martinez Rios was desperate to find a house for rent. We try to help her by renting the house on 406 West Chalmers ave. but we told her the house is not ready yet but she said I only need a place to sleep so we told her you can stay at the house and we are still working at the house and she agreed with that. Then everytime we called her to fix the house she always said she is not at the house and she is not around. One day we pass to the house we see her car we stop at the house and she open the door when we enter at the house we notice they move all my stuff to a garage and outside the house when I already told her we going to move my stuff, my husband told to Mrs Debora Martinez Rios previously he going to put the rugs on the bedrooms but they put the rugs cutting in pieces now the rugs are damage, and we notice the house was cold so my husband when to the basement to check the furnace and he notice the furnace is not working so my husband take the furnace out to check why in not working and he notice is really dirty and he start to clean the furnace. When my husband was in the basement Mrs Debora Martinez Rios' husband goes to the basement because he notices we are not happy with the manner to Mrs Debora Martinez Rios takes care of my stuff and he wants to apologize to us for his wife's behavior. At that time my husband told him I think I'm not renting the house and he said that ok I understand. On December 3, 2022, between 2:00 PM and 2:30 PM, I received a call from the police telling me that I had to go open the door of the house at 406 West Chalmers Ave in Youngstown, Ohio so that Mrs. Debora Martinez Rios will take possession of the house since she told the police that it was her residence. when she had already removed all her belongings from the house and she was not staying there. My husband began to stay in the house from November 30, 2022 in the afternoon since he went to work in the house and found that she had left the house leaving all the lights on and the toilet wasting water and those bills were not under her name, that's why my husband decided to change the lock on the house. Apart from that, she already knew that she no longer had any active bill in the house because the only bill that was in her name was the gas and she had already disconnected it on December 1, 2022. I told the police that she no longer lived there and the policeman kept insisting that I had to open the door for her, so I contacted my husband, Mr. Heriberto Ortiz, and he explained again to the policeman by phone, but the policeman kept saying that we had to open the house for her. My husband told the police that he was not going to open the door for her to destroy the house. Not reaching any agreement, the policeman asked us to go to 406 west chalmers ave to talk and my husband and I headed there. Upon arriving at the house, Mrs. Debora Martinez Ríos was with her friend José the mechanic and the police. We tried to explain to the police that she had already left the house but she insisted that she wanted to stay in the house because she had nowhere to stay. My husband told the police that she had not stayed in the house for more than 3 or 4 days and that she did not have any belongings in the house, because the police told my husband to open the door to verify that it was true. When they opened the door of the house, the police could see that what was inside on the first floor the house belonged to us and not to Mrs. Debora Martinez Ríos. The police later told us that we had to leave and that Mrs. Debora Martinez Ríos was going to enter the house and my husband told the police that she was not going to enter the house and the police insisted that she was and my husband said that No. They stayed like that for a while and they couldn't reach an

agreement because the police didn't want to listen to what my husband was saying. The police asked my husband if there were weapons in the house, to which he said no, so my husband had a pocket knife and he took it out of his pocket and threw it on the couch.At that time the police ask is he had something else on the pocket and my husband said no and he raised he's shirt and the hand showing he didn't have nothing on him. The police told my husband that he wanted to search him for any weapon and my husband lifted up his hand and told the cop to go ahead but the cop told him to turn around and put his hand on the wall and my husband asked him if I was under arrest and the police said no we don't arrest you. Then the police said to my husband he was calling a supervisor and my husband said ok. So when I saw that the police had the intention of arresting my husband because I saw when they put on gloves and called for backup I went out to the car to look for my phone. When I returned the police had my husband on the floor so I started recording what happen.The police wanted him to lie face down on the floor and he told him no because they are going to put his face on the ground. I had told the police that he was in a severe depression, he had shoulder surgery and that he suffered from his back but they ignored me and continued to struggle to turn him face down and the policeman knelt on his back. Then two more policemen arrived, they picked him up from the floor and threw him on the couch and the 4 policemen fell on top of him to put the handcuffs on him and they were hurting his hands and he yelled at me that they were going to break his arms and he also told the policemen that his skin cuts very easily but the police ignored him after they picked him up and took him to the patrol car. My husband told me to tell him that the handcuffs were too tight and the policeman said that they were not tight. From there they took him in the patrol car and I didn't hear from him until December 8, 2022 when he called me because they admitted him to the hospital and to this day I don't know what happened because they took him .They put as a person who does not have a name but they had already asked us the names and they had written it down in a notebook.

Wanda I. Diaz
330-398-0839